UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:20 CR 272 CDP DDN |
| CHRISTOPHER THOMAS GASTON, | ) |
| Defendant. | ) |

## REQUEST FOR CONTINUED DETENTION

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jason Dunkel, Assistant United States Attorneys for said District, and renews its request that this Court order Defendant detained pending trial, as previously moved for (Doc. # 4).

As and for its grounds, the United States of America states as follows:

1. Defendant was charged with a complaint on June 3, 2020, in U.S. v. Christopher Thomas Gaston, 4:20 MJ 6130 PLC. The Government's Motion for Detention was heard on June 4, 2020.  On June 10, 2020, the Court ordered the Defendant to be detained (Doc. # 10).

2. The Government renews its request to detain the Defendant.

3. Pursuant to Title 18, United States Code, Section 3142(g),

    (a) the nature and circumstances of the offense charged;

    (b) the weight of the evidence against defendant;

    (c) the defendant's history and characteristics; and

    (d) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release,

warrant defendant's detention pending trial.

4. There is a serious risk that the defendant will flee.

WHEREFORE, the Government requests that the previous order of detention continue against the Defendant.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_s/Jason S. Dunkel_
JASON S. DUNKEL, #65886MO
Assistant United States Attorney
Jason.Dunkel@usdoj.gov
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon all parties and counsel of record on June 11, 2020.

_s/Jason S. Dunkel_
JASON S. DUNKEL, #65886(MO)
Assistant United States Attorney