**FILED**
**JUL - 8 2020**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. S1 4:20 CR 272 CDP DDN |
| vs. ) | |
| CHRISTOPHER THOMAS GASTON, ) | |
| Defendant. ) | |

**FIRST SUPERSEDING INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about June 3, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**CHRISTOPHER THOMAS GASTON,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms, each of which had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JASON S. DUNKEL, #65886MO
Assistant United States Attorney